# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SYLVESTER RIDEAU, Jr., CDCR #K-32522,<br><br>Plaintiff,<br><br>vs.<br><br>L. MINNICK, et al.,<br><br>Defendants. | Civil No.   09cv0296 BTM (WMc)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO REOPEN CASE; AND**<br><br>**(2) GRANTING PLAINTIFF EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT** |

On October 26, 2009, this Court issued an Order dismissing Plaintiff's Second Amended Complaint for failing to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b). Plaintiff was informed of all the deficiencies of pleading found in his Second Amended Complaint and given leave to file a Third Amended Complaint. Instead of filing a Third Amended Complaint, Plaintiff chose to file an Appeal to the Ninth Circuit Court of Appeals which was ultimately dismissed for lack of jurisdiction.

1     Following the issue of the mandate, and due to the fact that the time previously granted to Plaintiff to file a Third Amended Complaint had passed, the Court directed the Clerk of Court to enter judgment and dismissed the case without prejudice.

    Now Plaintiff has filed a "Motion to Reopen Plaintiff's Complaint and Request for Change of Venue." [Doc. No. 20]. The Court will **GRANT** Plaintiff's Motion to reopen the matter, direct the Clerk of Court to vacate the judgment entered on December 21, 2009 and **DENY** his Motion for change of venue.

    Plaintiff is **GRANTED** thirty (30) days leave from the date this Order is filed in which to file a Third Amended Complaint and he *must* comply with the Court's October 26, 2009 Order. If Plaintiff fails to file a Third Amended Complaint within this time frame, the Court will, once again, direct the Clerk of Court to enter judgment. No further motions to reopen the matter will be granted.

**IT IS SO ORDERED.**

DATED: January 28, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge